# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

COUNTRYSIDE CHRISTIAN CENTER,
INC., a Florida Corporation,

    Plaintiff,

v.                                           Case No.  8:08-cv-1003-T-30TGW

RIGID BUILDING SYSTEMS, LTD.,
a Texas Limited Partnership,

    Defendant.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Notice of Dismissal Without Prejudice (Dkt. #10).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 7, 2008.

    _____
    JAMES S. MOODY, JR.
    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1003.dismissal 10.wpd